

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2019

No. 04-19-00239-CV

Debora Alisa **DARDEN**,
Appellant

v.

Darrell Keith **DARDEN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17644
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on July 18, 2019. Because the brief was not filed by the deadline, on July 24, 2019, this court ordered appellant to show cause why the appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). On August 8, 2019, appellant responded stating appellant's attorney was on military duty until August 2, 2019. Appellant further requested an extension of time to file the brief to August 19, 2019. Appellant's motion was granted extending the deadline to August 19, 2019.

Because the brief was not filed by the extended deadline, on August 27, 2019, this court again ordered appellant to show cause in writing why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant's response to this court's order was due on September 11, 2019. On September 17, 2019, appellant attorney filed a response which included a motion for leave to file a late response and a second motion for extension of time.

The motion for leave to file late response and motion for extension of time are GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by September 23, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2019.



_____
Keith E. Hottle,
Clerk of Court